# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:12CR15 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRIAN COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of defendant Brian Coffman (Coffman) for a continuance of trial (Filing No. 37). The motion does not comply with NECrimR 12.1 (a) and paragraph 9 of the Progression Order (Filing No. 26) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

(1) Has been advised by counsel of the reasons for seeking a continuance;
(2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and
(3) With this understanding and knowledge, agrees to the filing of the motion.

Accordingly, the motion (Filing No. 37) is :

( X ) Held in abeyance pending compliance with NECrimR 12.1(a) and Paragraph 9 of the Progression Order. Absent compliance **on or before March 22, 2012**, the motion will be deemed withdrawn and termed on the docket.

( ) Denied.

**IT IS SO ORDERED.**

DATED this 15th day of March, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge