IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:12CR15 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRIAN COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Brian Coffman (Coffman) (Filing No. 37). Coffman's motion was held in abeyance until March 22, 2012, pending the filing of the affidavit required by NECrimR 12.1(a) and paragraph 9 of the progression order. **See** Filing No. 38. Such affidavit has not been filed. Accordingly, the motion to continue (Filing No. 37) is denied.

**IT IS SO ORDERED.**

DATED this 23rd day of March, 2012.

                                        BY THE COURT:

                                        s/Thomas D. Thalken
                                        United States Magistrate Judge